UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILLIP CAMILLO-AMISANO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FCI TERMINAL ISLAND,<br><br>　　　　Respondent. | Case No. 2:25-cv-05393-ODW-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. 1, "Petition") filed by Philip Camillo-Amisano ("Petitioner"), the Motion to Dismiss the Petition filed by Respondent (Dkt. 9, "Motion"), Petitioner's Response to the Motion, his "Replacement Brief," and his Notice of Supplemental Authority (Dkt. 11, 12, 13), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 16, "Report"). No party filed a timely objection to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

/ / /

1  IT IS THEREFORE ORDERED that Judgment shall be entered denying the Petition and dismissing this action with prejudice.

Dated: October 21, 2025

                                             OTIS D. WRIGHT, II
                                             United States District Judge