JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PHILLIP CAMILLO-AMISANO, | Case No. 2:25-cv-05393-ODW-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, FCI TERMINAL ISLAND, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 21, 2025

_____
OTIS D. WRIGHT, II
United States District Judge